**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JENNIFER WEIS, an individual,

    Plaintiff,

v.                                                Case No. 3:16-cv-1367-J-34PDB

ASHFORD TRS POOL A, LLC, and
ASHFORD ATLANTIC BEACH, LP,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 22; Stipulation) filed on March 28, 2017. In the Stipulation, the parties request dismissal of this matter with prejudice. <u>See</u> Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of March, 2017.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record